United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-10347-mdc
Sandra M Dukes                                                          Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2　　　User: Keith　　　　　　Page 1 of 1　　　　　　Date Rcvd: Oct 30, 2019
　　　　　　　　　　　　　Form ID: trc　　　　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
14276700       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

　　　　　　***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2019 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Sandra M Dukes dmo160west@gmail.com,
       davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
      KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                          TOTAL: 4

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-10347-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sandra M Dukes
1373 Meadowview Drive
Pottstown PA 19464

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: PHEAA, PO Box 8147, Harrisburg, PA 17105

Name and Address of Transferee:

ECMC
PO BOX 16408
ST. PAUL, MN 55116-0408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   11/01/19

Tim McGrath
**CLERK OF THE COURT**