**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

            Chapter 13

            Bankruptcy No. 19-10347-MDC

SANDRA M DUKES

1373 MEADOWVIEW DRIVE

POTTSTOWN, PA 19464

  Debtor

## CERTIFICATE OF SERVICE

  **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

 Debtor(s), at the address listed, by first class mail.

  SANDRA M DUKES

  1373 MEADOWVIEW DRIVE

  POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

  DAVID OFFEN ESQUIRE
  601 WALNUT ST., SUITE 160 WEST

  PHILADELPHIA, PA 19106-

Date: 6/11/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee