United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Sandra M Dukes
    Debtor

Case No. 19-10347-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Keith             Page 1 of 2            Date Rcvd: Sep 11, 2020
                      Form ID: pdf900      Total Noticed: 36

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.

```
db             +Sandra M Dukes,    1373 Meadowview Drive,    Pottstown, PA 19464-1945
cr             +FREEDOM MORTGAGE CORPORATION,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14260539       +A.J. Blosenski, Inc.,    P.O. Box 392,    Elverson, PA 19520-0392
14260540       +Aes/usb Elt Bela,    Attn: Bankruptcy,    Po Box 2461,    Harrisburg, PA 17105-2461
14412636        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14268236       +FREEDOM MORTGAGE CORPORATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14260544       +First Premier Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
14285670        Freedom Mortgage Corporation,    10500 Kincaid Drive,    Fishers, IN 46037-9764
14260545       +Freedom Mortgage Corporation,    Attn: Bankruptcy,    Po Box 50428,    Indianapolis, IN 46250-0401
14415367        Freedom Mortgage Corporation,,    C/o Robert J. Davidow, Esq,    1617 JFK Boulevard, Suite 1400,
                 One Penn Center Plaza,    Philadelphia, PA 19103
14260547       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14260548       +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14276700       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14260556       +United Auto Credit Co,    Attn: Bankruptcy,    Po Box 163049,    Fort Worth, TX 76161-3049
14283758       +United Auto Credit Corporation,    P.O. Box 163049,    Fort Worth, TX 76161-3049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: megan.harper@phila.gov Sep 12 2020 04:51:43      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 12 2020 04:51:12
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 12 2020 04:51:33      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14260541       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 12 2020 05:01:44      Capital One Na,
                 Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14277801       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 12 2020 05:47:46      Capital One, N.A.,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14260542       +E-mail/PDF: creditonebknotifications@resurgent.com Sep 12 2020 05:02:17      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14260543       +E-mail/Text: REV_Bankruptcy_General@state.de.us Sep 12 2020 04:51:22
                 Delaware Division of Revenue,    PO Box 830,    Wilmington, DE 19899-0830
14260546       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Sep 12 2020 04:50:50      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
14264056        E-mail/PDF: resurgentbknotifications@resurgent.com Sep 12 2020 05:01:55      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14285619        E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 12 2020 05:01:46      MERRICK BANK,
                 Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
14260549       +E-mail/PDF: MerrickBKNotifications@Resurgent.com Sep 12 2020 05:02:42
                 Merrick Bank/CardWorks,    10705 S Jordan Gateway,    South Jordan, UT 84095-3977
14260550       +E-mail/Text: bnc@nordstrom.com Sep 12 2020 04:50:49      Nordstrom FSB,    Attn: Bankruptcy,
                 Po Box 6555,    Englewood, CO 80155-6555
14260551       +E-mail/PDF: cbp@onemainfinancial.com Sep 12 2020 05:01:44      OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14294708        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 12 2020 05:02:18
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14260552       +E-mail/Text: bankruptcygroup@peco-energy.com Sep 12 2020 04:50:52      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14279941       +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 12 2020 04:51:27      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14354930       +E-mail/Text: REV_Bankruptcy_General@state.de.us Sep 12 2020 04:51:22
                 State of Delaware Division of Revenue,    P O Box 8763,    Wilmington, DE 19899-8763
14260779       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2020 05:02:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14260553       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2020 05:02:39      Synchrony Bank/ Old Navy,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14260554       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2020 05:02:09      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14260555       +E-mail/PDF: gecsedi@recoverycorp.com Sep 12 2020 05:02:39      Synchrony Bank/Walmart,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 21
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             ECMC,    PO Box 16408,   St. Paul, MN   55116-0408
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14290198*      +Mariner Finance, LLC,    8211 Town Center Drive,    Nottingham, MD 21236-5904
                                                                                              TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-2          User: Keith                Page 2 of 2                  Date Rcvd: Sep 11, 2020
                              Form ID: pdf900            Total Noticed: 36
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 11, 2020 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Sandra M Dukes dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              MARIO J. HANYON    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              ROBERT J. DAVIDOW    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION
               robert.davidow@phelanhallinan.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                         Chapter 13
SANDRA M DUKES

                    Debtor                    Bankruptcy No. 19-10347-MDC

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

September 10, 2020

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
SANDRA M DUKES

1373 MEADOWVIEW DRIVE

POTTSTOWN, PA 19464